Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Ange George

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGE GEORGE,<br>　　　Plaintiff,<br><br>　vs.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br>　　　Defendant. | Case No.: 2:20-cv-06471-KK<br><br>[~~PROPOSED~~] ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **THREE THOUSAND SIX HUNDRED AND THIRTY SIX DOLLARS** ($ 3,636.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: March 5, 2021

_____
HON. KENLY KIYA KATO
United States Magistrate Judge